IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| J. FRANK DEEM, ELIAS DON YOAK, and KENNETH YUFER, | FILED<br><br>FEB 25 2002<br><br>U.S. DISTRICT COURT<br>MARTINSBURG WV 25401 |
| Plaintiffs, | |
| RICK HANDLEY, PHYLLIS ARTHUR, and BOB BAIRD, individually and in their official capacity as the County Commissioners of Mason County, West Virginia, | |
| Intervening Plaintiffs, | |
| v. | CIVIL ACTION NO. 3:01cv75 |
| JOSEPH MANCHIN, III, Secretary of State of West Virginia, BOB WISE, Governor of the State of West Virginia, EARL RAY TOMBLIN, President of the Senate of West Virginia, and ROBERT S. KISS, Speaker of the House of Delegates of the State of West Virginia, in their official capacities, | |
| Defendants. | |
| JOHN UNGER, II, JOHN OVERINGTON, ELIZABETH BLAKE, GREGORY CORLISS, JERRY M. MAYS, KENNETH MAYS, BILL MOORE, SHIRLEY MOORE, CLARENCE PENNINGTON, WILLIAM C. RITCHIE, and PHILIP SPRIGGS, | |
| Plaintiffs, | |
| RICK HANDLEY, PHYLLIS ARTHUR, and BOB BAIRD, individually and in their official capacity as the County Commissioners of Mason County, West Virginia, | |
| Intervening Plaintiffs, | |
| v. | CIVIL ACTION NO. 3:01cv78 |
| JOSEPH MANCHIN, III., Secretary of State of West Virginia, BOB WISE, Governor of the State of West Virginia, EARL RAY TOMBLIN, President of the Senate of West Virginia, and ROBERT S. KISS, Speaker of the House of Delegates of the State of West Virginia, in their official capacities, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that, JOHN UNGER, II, JOHN OVERINGTON, ELIZABETH BLAKE, GREGORY CORLISS, JERRY M. MAYS, KENNETH MAYS, BILL MOORE, SHIRLEY MOORE, CLARENCE PENNINGTON, WILLIAM C. RITCHIE, and PHILIP SPRIGGS (Plaintiffs) in the above named case hereby appeal to the United States Supreme Court the final judgment entered in this action on the 27th day of December, 2001. Plaintiffs appeal pursuant to 28 U.S.C. §1253.

_____
Lawrence M. Schultz
BURKE, SCHULTZ, HARMAN & JENKINSON
P.O. Box 1938
Martinsburg, WV 25401
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

J. FRANK DEEM, ELIAS DON YOAK,
and KENNETH YUFER,

    Plaintiffs,

RICK HANDLEY, PHYLLIS ARTHUR, and
BOB BAIRD, individually and in their official
Capacity as the County Commissioners of Mason County,
West Virginia,

    Intervening Plaintiffs,

v.                                                                                                                  CIVIL ACTION NO. 3:01cv75

JOSEPH MANCHIN, III, Secretary of State of
West Virginia, BOB WISE, Governor of the State
of West Virginia, EARL RAY TOMBLIN, President
of the Senate of West Virginia, and ROBERT S.
KISS, Speaker of the House of Delegates of the
State of West Virginia, in their official capacities,

    Defendants.

JOHN UNGER, II, JOHN OVERINGTON, ELIZABETH
BLAKE, GREGORY CORLISS, JERRY M. MAYS,
KENNETH MAYS, BILL MOORE, SHIRLEY MOORE,
CLARENCE PENNINGTON, WILLIAM C. RITCHIE,
and PHILLIP SPRIGGS,

    Plaintiffs,

RICK HANDLEY, PHYLLIS ARTHUR, and BOB
BAIRD, individually and in their official capacity as the
County commissioners of Mason County, West Virginia,

    Intervening Plaintiffs,

v.                                                                                                                  CIVIL ACTION NO. 3:01cv78

JOSEPH MANCHIN, III., Secretary of State of West
Virginia, BOB WISE, Governor of the State of West
Virginia, EARL RAY TOMBLIN, President of the
Senate of West Virginia, and ROBERT S. KISS, Speaker
Of the House of Delegates of the State of West Virginia, in
Their official capacities,

    Defendants.

## CERTIFICATE OF SERVICE

Type of Service: United States Mail, First Class Postage Prepaid

Date of Service: February 25, 2002

Person (s) Served:

David G. Hanlon
108 East Main Street
Harrisville, WV  26362

Silas B. Taylor
Senior Deputy Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV  25305

Jennifer Bailey Walker
Michael Crane
Tom Smith
West Virginia Senate
Room 210-W, Building 1
1900 Kanawha Blvd., East
Charleston, WV  25305

M.E. "Mike" Mowery
West Virginia House of Delegates
Room 404-M, Building No.1
1900 Kanawha Blvd., East
Charleston, WV  25305

Robert D. Williams
Assistant Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV  25305

Damon B. Morgan, Jr.
Mason County Prosecuting Attorney
Mason County Courthouse
Point Pleasant, WV  25550

Robert Bastress
P.O. Box 1295
Morgantown, WV  26507

Item Served: Notice of Appeal

JOHN UNGER, II, et al.
By Counsel

_____
Lawrence M. Schultz
BURKE, SCHULTZ, HARMAN & JENKINSON
P.O. Box 1938
Martinsburg, WV  25402
WV State Bar No: 4293

David Hammer
Hammer, Ferretti & Schiavoni
408 W. King Street
Martinsburg, WV  25401