# Supreme Court of the United States

No. 01-1600

**JOHN UNGER, II, ET AL.,**

Appellants

v.

**JOSEPH MANCHIN, III,**
**SECRETARY OF STATE OF WEST VIRGINIA, ET AL.**

FILED
JUL 2 9 2002
U.S. DISTRICT COURT
ELKINS WV 26241

**ON APPEAL** from the United States District Court for the Northern District of West Virginia.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 24, 2002

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Chief Deputy